1  Plaintiff's Counsel:
   Jayne Conroy
2  Hanly Conroy Bierstein Sheridan
      Fisher & Hayes LLP
3  112 Madison Avenue
   New York New York 10016-7416
4  (212) 784-6400
   (212) 284-6420 (fax)
5
   -and-
6
   SimmonsCooper LLC
7  707 Berkshire Blvd.
   East Alton, IL 62024
8  (618) 259-2222
   (212) 259-2251 (Fax)
9

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14
   IN RE: BEXTRA AND CELEBREX          Case No. M:05-CV-01699-CRB
15 MARKETING SALES PRACTICES,
   AND PRODUCT LIABILITY               MDL NO. 1699
16 LITIGATION
                                       STIPULATION AND ORDER OF DISMISSAL
17 This Document Relates To:          WITH PREJUDICE

18 *Sharon Hunter, vs. Pfizer, Inc.,.*
   *MDL No. 06-7017:* Plaintiff Sharon Hunter
19

20       Come now the Plaintiffs, Sharon Hunter, and Defendant, Pfizer Inc., by and through the

21 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

22

23

24

25

26

27

28

                                        - 1 -      STIPULATION OF DISMISSAL WITH PREJUDICE

1  stipulate to the dismissal with prejudice of Plaintiffs, **Sharon Hunter's** action only, with each

2  side bearing its own attorneys' fees and costs.

3

4

5

6  Dated: _____, 2009            By: _____
                                           Jayne Conroy
7                                          **HANLY CONROY BIERSTEIN**
                                           **SHERIDAN FISHER & HAYES LLP**
8                                          112 Madison Avenue
                                           New York, New York  10016-7416
9                                          (212) 784-6400
                                           (212) 784-6420 (Fax)
10                                         Email: jconroy@hanlyconroy.com

11                                  -and-

12                                         **SIMMONSCOOPER LLC**
                                           707 Berkshire Blvd.
13                                         East Alton, IL  62024
                                           (618) 259-2222
14                                         (618) 259-2251 (Fax)

15                                         *Counsel for Plaintiff.*

16

17                                         By: _____
18  Dated: _____March 11___, 2009          Michelle W. Sadowsky
                                           **DLA PIPER US LLP**
19                                         1251 Avenue of the Americas
                                           New York, New York  10020-1104
20                                         (212) 335-4625
                                           (212) 884-8675 (Fax)
21

22                                         *Counsel for Defendant Pfizer, Inc.*

23  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
24  **IT IS SO ORDERED.**

25

26  Dated: _____MAR 3 0____, 2009          By: _____
                                           United States District Court
27

28

                                   - 2 -          STIPULATION OF DISMISSAL WITH PREJUDICE